IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 96-454-01-HA |
| | ) | |
| v. | ) | ORDER REVOKING |
| | ) | SUPERVISED RELEASE TERM |
| BRADLEY DAVID MAIER, | ) | AND IMPOSING SENTENCE |
| | ) | |
| Defendant. | ) | |

On June 24, 2002, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 8 months with credit for time served. A 28-month term of supervised release was imposed subject to standard and special conditions. The term of supervised release began on December 24, 2002.

On August 27, 2003, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On June 25, 2007, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he violated the conditions of supervised release by committing the new law violation of False Use of a Social

Security Number, failing to submit written reports within the first five days of each month, failing to notify the probation office within 72 hours of a change of residence, failing to pay restitution, and leaving the judicial district without the permission of the Court or the probation officer.

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court defendant is no longer suitable for continued community supervision,

**IT IS ORDERED** defendant's term of supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of 14 months. No reimposition of supervised release is ordered.

**DATED** this _26_ day of June, 2006.

The Honorable Ancer L. Haggerty
Chief U.S. District Judge